AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of New York

| United States of America | ) |
|---|---|
| v. | ) Case No. 24-CR-6086-FPG |
| FELICIA COLLINS a/k/a Keisha Brown a/k/a Keisha, | ) |
| *Defendant* | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 10/30/2024

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

PAUL GUERRIERI, ESQ.
*Printed name of defendant's attorney*

_____
*Judge's signature*

HON. FRANK P. GERACI, JR., U.S.D.J.
*Judge's printed name and title*

[FILED STAMP: UNITED STATES DISTRICT COURT, OCT 30 2024, MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY]