

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

FELICIA COLLINS a/k/a Keisha Brown a/k/a Keisha,

                    Defendant.

24-CR-6086-FPG

**INFORMATION**
(Felony)

**Violations:**
21 U.S.C. § 846
18 U.S.C. § 924(c)(1)(A)(i)

(2 Counts)

## COUNT 1

**(Narcotics Conspiracy)**

The United States Attorney Charges That:

Between in or about March 2023, and on or about January 17, 2024, the exact dates being unknown to the United States Attorney, in the Western District of New York, and elsewhere, the defendant, **FELICIA COLLINS a/k/a Keisha Brown a/k/a Keisha**, did knowingly and intentionally combine, conspire, and agree with others, known and unknown to the United States Attorney, to commit the following offenses, that is, to possess with intent to distribute, and to distribute, 500 grams or more of a mixture and substance containing cocaine, a Schedule II controlled substance, and 40 grams or more of a mixture and substance containing fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**All in violation of Title 21, United States Code, Section 846.**

## COUNT 2

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

**The United States Attorney Further Charges That:**

Between in or about March 2023, and on or about January 17, 2024, the exact dates being unknown to the United States Attorney, in the Western District of New York, the defendant, **FELICIA COLLINS a/k/a Keisha Brown a/k/a Keisha**, in furtherance of a drug trafficking crime for which she may be prosecuted in a court of the United States, that is, a violation of Title 21, United States Code, Section 846, committed in the manner set forth in Count 1 of this Information, the allegations of which are incorporated herein by reference, did knowingly possess a firearm.

**All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).**

DATED: Rochester, New York, October 30, 2024.

TRINI E. ROSS
United States Attorney

BY: _____
ROBERT A. MARANGOLA
Assistant United States Attorney
United States Attorney's Office
Western District of New York
100 State Street, Suite 500
Rochester, NY 14614
585/263-6760
Robert.marangola@usdoj.gov